UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY ANDERSON

    Plaintiff,

v.

COLTER FURST, et al.,

    Defendant.

_____/

Case No. 17-12676

Honorable Victoria A. Roberts

## ORDER DISMISSING PLAINTIFF'S OBJECTIONS [DOC. 45 AND 46] TO COURT'S ORDERS

Jerry Anderson ("Anderson") is a state prisoner proceeding *in forma pauperis.* He filed a civil rights lawsuit against Michigan State Police Troopers Colter Furst, Michael Thomas, and Nathan Ellis (collectively, "Defendants"). Anderson alleges that Defendants violated his Fourth Amendment rights by using excessive force during his arrest.

Anderson objected to the Court's April 20, 2018 order dismissing previous objections he filed to two non-dispositive orders from Magistrate Judge Anthony P. Patti. [Doc. # 37]. The Court construed his objections as a motion for reconsideration, which were denied on June 13, 2018. [Doc. #41].

Similarly, Anderson objected to Magistrate Judge Patti's April 23, 2018 order denying as moot his motion compelling discovery. [Doc. # 38]. The Court also construed those objections as a motion for reconsideration; they were denied on June 13, 2018. [Doc. # 42].

1

Again, Anderson has filed objections, this time to the Court's June 13, 2018 orders dismissing his motions for reconsideration. The Court has already determined that, in both motions, Anderson failed to show a palpable defect by which the Court was misled.

The Court will not grant Anderson another chance to litigate issues that it has already ruled on. Anderson's objections are DENIED.

**IT IS ORDERED**.

S/Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Dated: July 16, 2018